# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Ruth Arunin, et al.

                         Plaintiff,

v.                                          Case No.: 1:14−cv−06870
                                                 Honorable Jeffrey T. Gilbert

Oasis Chicago Inc., et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 3, 2016:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Plaintiffs' Motion to Dismiss Pursuant to Rule 41(a)(1)(A(ii) of the Federal Rules of Civil Procedure [ECF No. 94] is granted without prejudice. The dismissal automatically will convert to a dismissal with prejudice on December 29, 2017, unless on that date, a motion to reinstate the case, a motion to enforce, or a motion for additional time to file such a motion to reinstate or enforce is pending before the Court. The motion hearing noticed for 6/7/16 at 10:00 a.m. is stricken with no appearance required. Civil case terminated. Mailed notice (ber, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.